**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-6241**

———————————

In Re:  CLIFTON HARRIS,

Petitioner.

———————————

On Petition for Writ of Mandamus. (CA-03-2924)

———————————

Submitted:  May 19, 2004                    Decided:  May 26, 2004

———————————

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Clifton Harris, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clifton Harris petitions for a writ of mandamus, alleging the district court has unduly delayed in ruling on his motion to stay his federal habeas corpus petition. That motion was filed in the district court in November 2003, and was supported by additional pleadings in January 2004. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny Harris's motion to appoint counsel and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED